IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER GLENN LAKEY,<br><br>Defendant. | CR 22–43–M–DWM<br><br>ORDER |

The United States has filed an Unopposed Motion for a Preliminary Order of Forfeiture. (Doc. 25.) Defendant Christopher Glenn Lakey appeared before the Court on March 23, 2023, and entered a plea of guilty to the Superseding Indictment. Lakey's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 25) is GRANTED.

IT IS FURTHER ORDERED that Mr. Lakey's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Rock Island Imports AP International Derya Arms, 12 Gauge Shotgun; and
- Seven rounds of 12-gauge shotgun ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service and

1

the Federal Bureau of Investigation shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Mr. Lakey at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 24th day of March, 2023.

_____
Donald W. Molloy, District Judge
United States District Court