IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER GLENN LAKEY,<br><br>Defendant. | CR 22–43–M–DWM<br><br><br><br>ORDER |

The United States having filed an Unopposed Motion for a Final Order of Forfeiture, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d); Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on March 24, 2023. (Doc. 27). Defendant Christopher Glenn Lakey's interest in the below shotgun and ammunition was forfeited to the United States.

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by Rule 32.2, Federal Rules of Criminal Procedure. (Docs. 28, 28-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture (Doc. 29) is GRANTED. The Defendant's interest in the property, if any, is forfeited to the United States;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure:

- Rock Island Imports AP International Derya Arms, 12 Gauge Shotgun; and
- Seven rounds of 12-gauge shotgun ammunition.

DATED this 31st day of May, 2023.

Donald W. Molloy, District Judge
United States District Court